1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| LISA J. H., [1] | Case No. CV 19-07462-RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

12
13
14
15
16
17
18

    In accordance with the Memorandum Opinion and Order filed concurrently

19

herewith,

20

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner

21

of Social Security is AFFIRMED.

22
23

DATED:     June 30, 2020

_____

24

ROZELLA A. OLIVER

25

UNITED STATES MAGISTRATE JUDGE

26
27

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B)
and the recommendation of the Committee on Court Administration and Case

28

Management of the Judicial Conference of the United States.